SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 22 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | : | |
| OF THE UNITED STATES OF AMERICA | : | Misc. No. 7:10mj31 |
| FOR AN ORDER FOR DISCLOSURE OF | : | |
| LOCATION-BASED SERVICES | : | |
| FOR TELEPHONE NUMBER (434) 688-2711 | : | SEALED |

## ORDER

It is hereby ORDERED that the affidavit, application, order, and all related documents in the above-captioned matter be placed under seal for thirty days.

ENTERED: This 3rd day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE