CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 29 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) | |
| OF THE UNITED STATES FOR AN ) | SEALED |
| ORDER FOR DISCLOSURE OF ) | |
| LOCATION-BASED SERVICES ) | 7:10-MJ-00131 |
| FOR TELEPHONE NUMBER (434) 688-2711 ) | |

## ORDER

It is hereby ORDERED that the search warrant, affidavit and all related documents in the above-captioned matter be placed under seal for thirty days.

ENTERED: This 29th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE