CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 27 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | ) | |
| OF THE UNITED STATES FOR AN | ) | SEALED |
| ORDER FOR DISCLOSURE OF | ) | |
| LOCATION-BASED SERVICES | ) | 7:10-MJ-00131 |
| FOR TELEPHONE NUMBER (434) 688-2711 | ) | |

## ORDER

It is hereby ORDERED that the search warrant, affidavit and all related documents in the above-captioned matter be placed under seal for thirty days.

ENTERED: This 27 day of June, 2011.

_____
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE